### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 4:17-cv-00416-ALM |
| § | |
| GLOBAL RECEIVABLES § | |
| SOLUTIONS, INC., § | |
| § | |
| Defendant. § | |

## NOTICE OF PENDING SETTLEMENT

Defendant, Global Receivables Solutions, Inc. ("GRS"), by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that GRS and Plaintiff have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, GRS and Plaintiff will file the appropriate dismissal documents with the Court.

Respectfully Submitted,

/s/ Whitney L. White
Whitney L. White
State Bar No. 24075269
Sessions, Fishman, Nathan & Israel, LLC
900 Jackson Street, Suite 440
Dallas, TX  75202
Telephone: (214) 741-3001
Facsimile: (214) 741-3055
E-mail: wwhite@sessions.legal

*Attorney for Defendant,*
*Global Receivables Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2017, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Eastern District of Texas and served via CM/ECF upon the following.

    Aaron K. Mulvey, Esq.
    The Law Offices of Aaron K. Mulvey, PLLC
    518 N. Manus Drive
    Dallas, TX 75224
    Telephone: (214) 282-5215
    E-mail: aaron@mulveylaw.com

                                          /s/ Whitney L. White
                                          Whitney L. White