IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **CRAIG CUNNINGHAM,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 4:17-cv-00416-ALM |
| § | |
| **GLOBAL RECEIVABLES** § | |
| **SOLUTIONS, INC.,** § | |
| § | |
| Defendant. § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff, Craig Cunningham, and defendant, Global Receivables Solutions, Inc., hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, with prejudice, and with each side to bear its own costs and attorneys' fees.

Dated: October 11, 2017

/s/ Aaron K. Mulvey
Aaron K. Mulvey
The Law Offices of Aaron K. Mulvey, PLLC
518 N. Manus Drive
Dallas, TX 75224
Telephone: (214) 282-5215
E-mail: aaron@mulveylaw.com

*Attorney for Plaintiff*

/s/ Whitney L. White
Whitney L. White
State Bar No. 24075269
Sessions, Fishman, Nathan & Israel, LLC
900 Jackson Street, Suite 440
Dallas, TX 75202
Telephone: (214) 741-3001
Facsimile: (214) 741-3055
E-mail: wwhite@sessions.legal

*Attorney for Defendant*