# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 4:17-cv-00416-ALM |
| § | |
| GLOBAL RECEIVABLES § | |
| SOLUTIONS, INC., § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Based on the stipulation of the parties, plaintiff, Craig Cunningham, and defendant, Global Receivables Solutions, Inc., filed herein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the above-entitled action is dismissed with prejudice with each party to bear its own costs and attorneys' fees.

**SIGNED this 12th day of October, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE